# IN THE SUPREME COURT OF THE STATE OF NEVADA

FUNKE F. AGBASI, M.D.;
OCCUPATIONAL HEALTH CENTERS
OF THE SOUTHWEST, P.A., D/B/A
CONCENTRA MEDICAL CENTERS,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JOANNA
KISHNER, DISTRICT JUDGE,
Respondents,
and
WILLIAM JOHNSON; AND HEATHER
JOHNSON,
Real Parties in Interest.

No. 69685

FILED

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order granting leave to amend a complaint. Having considered the petition and supporting documents, we are not persuaded that the district court arbitrarily and capriciously abused its discretion in granting leave to amend so as to warrant our extraordinary and discretionary intervention. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d

16-08676

849, 851, 853 (1991); *Round Hill Gen. Imp. Dist. v. Newman*, 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:  Hon. Joanna Kishner, District Judge
     Alverson Taylor Mortensen & Sanders
     Morris, Sullivan, Lemkul & Pitegoff
     Callister & Associates
     Eighth District Court Clerk